■ VINCENT CACCESE, Respondent, v LIEBHERR CONTAINER CRANES, LTD., et al., Appellants, et al., Defendants. (And a Third-Party Action.) [49 NYS3d 634]—In an action to recover damages for personal injuries, the defendant Liebherr Container Cranes, Ltd., appeals, as limited by its brief, from so much of an order of the Supreme Court, Richmond County (Maltese, J.), dated January 16, 2014, as denied its motion for summary judgment dismissing the complaint insofar as asserted against it, and the defendant Liebherr Cranes, Inc., appeals from the same order.

Ordered that the appeal by the defendant Liebherr Cranes, Inc., is dismissed, without costs or disbursements, as that party is not aggrieved by the order appealed from (see CPLR 5511) and, in any event, that appeal has been abandoned (see 22 NYCRR 670.8 [e]); and it is further,

Ordered that the appeal by the defendant Liebherr Container Cranes, Ltd., is dismissed as academic, without costs or disbursements.

The appeal by the defendant Liebherr Container Cranes, Ltd., must be dismissed as academic in light of our determination in Caccese v Liebherr Container Cranes, Ltd. (149 AD3d

688 [2017] [decided herewith]). Leventhal, J.P., Sgroi, Hinds-Radix and LaSalle, JJ., concur.